IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00020-MSK

GRACE JOHNSON,

        Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

_____

### ORDER SETTING LAW AND MOTION HEARING
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Unopposed Motion to Reopen Case **(# 15)**.

The Court will conduct a 15-minute, non-evidentiary hearing on **Tuesday, January 31, 2006** at **8:00 a.m.** for the purpose of addressing the Motion to Reopen, and, if necessary, to set deadlines for the remaining matters in this case.  Counsel shall bring their calendars.

Dated this 21st day of December, 2005

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge