IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00020-MSK

GRACE JOHNSON,

       Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
a Maine insurance company,

       Defendants.
_____

### ORDER RESETTING HEARING
_____

The Law and Motion Hearing on the Plaintiff's Motion to Reopen Case, currently set for January 31, 2006 at 8:00 a.m., is **VACATED**.  The Court will instead hear that matter on **Tuesday, February 7, 2006** at **8:00 a.m.**

Dated this 27th day of January, 2005

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge