IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00020-MSK

GRACE JOHNSON,

       Plaintiffs,

v.

UNUM Life Insurance Company of America,
a Maine insurance company,

       Defendants.

_____

## ORDER
_____

THIS MATTER comes before the Court on the Joint Motion to Dismiss this Case Without Prejudice **(#21)**.

The Court being fully advised, hereby **GRANTS** the Motion and orders the Clerk to close this case.

DATED this 28th day of February 2006.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge